## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **HAROLD MARCUS FERGUSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:10-cv-00936** |
| | ) | **Judge Nixon** |
| **v.** | ) | **Magistrate Judge Knowles** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for

Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant (Doc.

No. 31) ("Motion"), filed along with a supportive Memorandum (Doc. No. 32), to which

Plaintiff Harold Marcus Ferguson filed a Response in Opposition (Doc. No. 33). Defendant then

filed a Reply (Doc. No. 34), and Plaintiff submitted an additional responsive brief (Doc. No. 35).

Subsequently, Magistrate Judge Knowles issued a Report and Recommendation (Doc. No. 36)

("Report") recommending that the Motion should be granted and that the case should be

remanded to the Commissioner for further proceedings (*id.* at 24). The Report was filed on

August 15, 2011, Plaintiff (who proceeds *pro* se) received it on August 18, 2011 (Doc. No. 38),

and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS**

it in its entirety. Accordingly, the Court hereby **GRANTS** Defendant's Motion and **REMANDS**

the case to the Commissioner for further proceedings outlined in the Report (*see* Doc. No. 36 at

24). The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this _____ 6ᵗ _____ day of September, 2011.


JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT